**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANDREW SNEED & LEAH HURSTON | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 22-cv-00266 |
| v. | ) | |
| | ) | Judge Mary M. Rowland |
| VILLAGE OF LYNWOOD, | ) | |
| DAVE OSZUST, Star #111, | ) | Magistrate Judge Heather K. McShain |
| MARCOS TIRADO, Star #115, and | ) | |
| CHRISTOPHER SPIEROWSKI, Star #103, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO DISMISS THE REMAINING**
**DEFENDANT WITH PREJUDICE**

The Parties, by and through their respective attorneys, jointly move to dismiss the remaining Defendant, the Village of Lynwood, (hereinafter referred to as "remaining Defendant" or "Village"), with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each side bearing their own fees and costs.

The Parties further request, that pursuant to Rule 41(a), this Honorable Court enter an order dismissing the sole, remaining Defendant with prejudice, with each side bearing their own fees and costs, and terminating this litigation in its entirety. *See* Fed. R. Civ. P. 41(a). The Court shall not retain jurisdiction for any purpose.

Respectfully submitted,

/s/ *Sean Brown*
Sean Brown (with consent)
Plaintiff's Attorney #6308654
The Law Office of Sean Brown, LLC
111 W. Jackson Blvd, Suite 1700
Chicago, IL 60604
Tel: 312-675-6116
Fax: 312-604-7495
E: attorneyseanbrown@gmail.com

/s/ Michael Pasquinelli
Michael Pasquinelli, Attorney for Defendant
Peterson, Johnson & Murray Chicago, LLC
1301 West 22nd Street, Suite 500
Chicago, IL 60523
T: (312) 724-8034
F: (312) 896-9318
E: mpasquinelli@pjmchicago.com